IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| RHONDA CROUSE and RANDY CROUSE, | ) | |
| | ) | |
| Plaintiffs, | ) | No. C12-54-LRR |
| | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| DR. CHARLES E. GRADO et al, | ) | |
| | ) | |
| Defendants. | ) | |

**DECISION BY COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to an Order entered October 31, 2012 (docket number 10):

THAT Plaintiffs take nothing and this action is dismissed without prejudice.

Dated October 31, 2012

    ROBERT L. PHELPS
    CLERK

    <u>s/Sarah K. Melvin</u>
    Deputy Clerk