IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| RHONDA CROUSE and RANDY CROUSE, <br><br> Plaintiffs, <br><br> vs. <br><br> DR. CHARLES E. GRADO et al., <br><br> Defendants. | No. 12-CV-54-LRR <br><br> **ORDER** |

_____

The matter before the court is Defendants Dr. Richard J. Kozeny and Iowa Physicians Clinical Medical Foundation, d/b/a Cedar Rapids Internal Medicine's "Motion to Dismiss" ("Motion") (docket no. 12), which Defendants filed on November 7, 2012. For the reasons stated in the Motion and in the court's October 31, 2012 Order (docket no. 10), the Motion is **GRANTED**.

**IT IS SO ORDERED**.

**DATED** this 9th day of November, 2012.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA